UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA WHIAKER

     Plaintiff,

V.                          CIVIL ACTION NO

I.C. SYSTEM, INC.

Defendant.               JULY 4, 2012

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code Commercial Law Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code Commercial Law Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k

3. Plaintiff is a natural person who resides in Burtonsville, Maryland.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA and MCDCA.

6. Defendant is a foreign corporation and the Maryland Department of Assessment and Taxation has forfeited their right to do business in the great State of Maryland.

7. Defendant I.C. system Inc., authority to do business and legal presence in the State of Maryland here has been terminated.

8.  Defendant has a principal place of business at located at

   444 EAST HIGHWAY 96, P.O.BOX 64444, ST. PAUL, MN 55164.

9. Defendant communicated with Plaintiff and other on and after February 2012 in

connection with collection efforts with regard to Plaintiff's discharged personal

debt originally owed to her dentist.

10.  Defendant purchased the defaulted consumer debt, which was discharged on

October 12, 2011.

11. Defendant attempted to collect a debt which was discharged in bankruptcy and

violated the Fair Debt Collection Practices Act.

12.  Based on information and belief Defendant knew this account was discharged

in bankruptcy yet continued to report to the major credit bureaus Plaintiff's

discharged debt.

13.  Plaintiff called the Defendant and spoke to a collection agent who identified

himself as a "Kyle."

14.  Defendant advised the Plaintiff the past due balance was $355 and tried to get

Plaintiff to pay via a post dated check or credit card.

15.  Defendant was advised by the Plaintiff that the account was discharged in

Bankruptcy and Defendant still continued to attempt to collect this discharged debt.

16. Based on information and belief, Defendant continued to report this discharged debt on the Plaintiff's credit report, despite knowledge that they debt was discharged in Bankruptcy.

17. Defendant has inadequate procedures in place to avoid such errors.       .

18. In the collection efforts, the defendant violated the FDCPA; inter alia, section 1692 e and f.

## SECOND COUNT

19. The allegations of the First Count are repeated and realleged as if fully set forth herein.

20. Within three years prior to the date of this action Defendant has engaged in acts and practices as to Plaintiff in violation of the Md. Ann. Code Commercial Law Maryland Consumer Debt Collection Act § 14-204 et seq. ("MCDCA"); Md. Ann. Code Business Regulation Collection Agencies § 7-301 et seq.

21. Defendant has committed unfair or deceptive acts or practices within the meaning of the Md. Ann. Code Commercial Law Consumer Practices Act § 13-301 et seq.

**WHEREFORE Plaintiff respectfully requests this Court to:**

1. Award Plaintiff statutory damages pursuant to the Fair Debt Collection

Practices Act 15 U.S.C. §1692 et seq.;

2.  Award Plaintiff statutory damages pursuant to the MCDCA.

3. Award the Plaintiff costs of suit and a reasonable attorney's fee;

4. Award and such other and further relief as this Court may provide.

THE PLAINTIFF

BY/S/Michael W. Kennedy
Michael W. Kennedy, Esquire
The Kennedy Law Firm
1204 Main Street, Suite 176
Branford, CT 06405
203-4814040
Fax: 443-440-6372
Email: mwk550@yahoo.com