UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA WHITAKER

    Plaintiff,

V.                                                                                      CIVIL ACTION NO
                                                                                 8:12-cv-02005-AW

I.C. SYSTEM, INC.

Defendant.                                                                      AUGUST 14, 2012

## NOTICE 0F SETTLEMENT

The Plaintiff and Defendants through their respective counsels have reached a settlement agreement.  The Plaintiff respectfully requests the Court to close this case, but retain jurisdiction, if the settlement is not consummated within 15 days from the filing of this Notice of Settlement.


                                                    THE PLAINTIFF

                                                    BY/S/Michael W. Kennedy
                                                    Michael W. Kennedy, Esquire
                                                    The Kennedy Law Firm
                                                    1204 Main Street, Suite 176
                                                    Branford, CT 06405
                                                    203-4814040
                                                    Fax: 443-440-6372
                                                    Email: mwk550@yahoo.com

ORAL ARGUMENT NOT REQUESTED

## *CERTIFICATION*

I hereby certify that on 8/14/12 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy